```
CSD 1160 [03/01/15]
Name, Address, Telephone No. & I.D. No.
        Kristin A. Zilberstein, Esq. (SBN: 200041)
        Jennifer R. Bergh, Esq. (SBN 305219)
        LAW OFFICES OF MICHELLE GHIDOTTI
        1920 Old Tustin Ave.
        Santa Ana, CA 92705
        Ph: (949) 427-2010 ext. 1010 Fax: (949) 427-2732
kzilberstein@ghidottilaw.com
```

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re Michael A Lopez and Stacy Lopez

Debtor.

BANKRUPTCY NO. 16-00065-LA13

US Bank Trust N.A., as Trustee of the Igloo Series III Trust, its successors and/or assignees

Moving Party.

RS NO. MRG-1

Michael A Lopez and Stacy Lopez

Respondent(s)

## MOTION FOR RELIEF FROM AUTOMATIC STAY
☒ **REAL PROPERTY**     ☐ **PERSONAL PROPERTY**

Movant in the above-captioned matter moves this Court for an Order granting relief from the automatic stay on the grounds set forth below.

1. A Petition under Chapter  ☐ 7  ☐ 11  ☐ 12  ☒ 13  was filed on 1/8/2016.

2. Procedural Status:
   a. ☒ Name of Trustee Appointed *(if any)*: Thomas H. Billingslea

   b. ☐ Name of Attorney of Record for Trustee *(if any)*: _____

   c. ☐ *(Optional)* Prior Filing Information:
      Debtor has previously filed a Bankruptcy Petition on: _____ .
      If applicable, the prior case was dismissed on: _____ .

   d ☒ *(If Chapter 13 case)*: Chapter 13 Plan was confirmed on 6/1/2016
      or a confirmation hearing is set for _____ .

Movant alleges the following in support of its Motion:

1. ☒ The following real property is the subject of this Motion:
   a. Street address of the property including county and state:
      3018 Via De Paz, Carlsbad, CA 92010-1374

   b. Type of real property (e.g., single family residence, apartment building, commercial, industrial, condominium, unimproved):
      Single family residence

   c. Legal description of property is attached as Exhibit A.

CSD 1160

        d.        If a chapter 11 or 13 case and if non-payment of any post-petition payment is a ground for relief, attach the accounting required by Local Bankruptcy Rule 4001-2(a) as Exhibit B.

        e.        *Fair market value of property as set forth in the Debtor's schedules: $ 460,109.00

        f.        *Nature of Debtor's interest in the property:
                  Executed Deed of Trust and Note, principal residence

2.    ☐ The following personal property is the subject of this Motion *(describe property)*:

        a.        Fair market value of property as set forth in the Debtor's schedules: $ 460,109.00 .

        b.        Nature of Debtor's interest in the property:

3.    *Fair market value of property according to Movant: $ 460,109.00 .

4.    *Nature of Movant's interest in the property:

5.    *Status of Movant's loan:
        a.    Balance owing on date of Order for Relief:    $ 294,027.00
        b.    Amount of monthly payment:    $ 2,131.59
        c.    Date of last payment:    8/7/2018
        d.    If real property,
            i.    Date of default:
            ii.    Notice of Default recorded on:
            iii.    Notice of Sale published on:
            iv.    Foreclosure sale currently scheduled for:
        e.    If personal property,
            i.    Pre-petition default: $ _____    No. of months: _____
            ii.    Post-petition default: $ _____    No. of months: _____

6.    *(If Chapter 13 Case, state the following:)*
        a.    Date of post-petition default:    7/1/2017
        b.    Amount of post-petition default:    $ 29,842.26

7.    Encumbrances:
        a.    Voluntary encumbrances on the property listed in the Schedules or otherwise known to Movant:

| Lender Name | Principal Balance | (IF KNOWN) Pre-Petition Arrearages Total Amount - # of Months | | Post-Petition Arrearages Total Amount - # of Months | |
|---|---|---|---|---|---|
| 1st: Movant | 261,472.34 | 13,566.57 | | 29,842.26 | 14 |
| 2nd: | | | | | |
| 3rd: | | | | | |
| 4th: | | | | | |
| Totals for all Liens: | $ 261,472.34 | $ 13,566.57 | | $ 29,842.26 | |

        b.    Involuntary encumbrances of record (e.g., tax, mechanic's, judgment and other liens, lis pendens) as listed in schedules or otherwise known to Movant:
            ☐ See attached page, if necessary.

*Separately filed Declaration required by Local Bankruptcy Rule 4001-2(a).
CSD 1160

8. Relief from the automatic stay should be granted because:
   a. ☒ Movant's interest in the property described above is not adequately protected.

   b. ☐ Debtor has no equity in the ☐ real property ☐ personal property described above and this property is not necessary to an effective reorganization.

   c. ☐ The property is "single asset real estate", as defined in 11 U.S.C. § 101(51B), and 90 days (or _____ days as ordered by this court) have passed since entry of the order for relief in this case, and

      i. the Debtor/Trustee has not filed a plan of reorganization that has a reasonable possibility of being confirmed within a reasonable time; and

      ii. the Debtor/Trustee has

         (1) ☐ not commenced monthly payments to each creditor whose claim is secured by the property (other than a claim secured by a judgment lien or by an unmatured statutory lien), or

         (2) ☐ commenced payments, but such payments are less than an amount equal to interest at a current fair market rate on the value of each creditors' interest in the property.

   d. ☒ *Other cause exists as follows *(specify)*: ☐ See attached page.
      Debtor failed to make 14 post-petition payments.

When required, Movant has filed separate Declarations pursuant to Local Bankruptcy Rule 4001-2(a).

Movant attaches the following:

1. ☒ Other relevant evidence:
   Deed of Trust as Exhibit 1, Assignments as Exhibit 2, Note as Exhibit 3, Payment History as Exhbiit 4

2. ☐ *(Optional)* Memorandum of points and authorities upon which the moving party will rely.

WHEREFORE, Movant prays that this Court issue an Order granting the following:

☒ Relief as requested.

☒ Other:
   Relief from co-debtor stay under 11 U.S.C. Section 1301.

Dated: 8/28/2018

/s/ Kristin A. Zilberstein
[Attorney for] Movant

*Separately filed Declaration required by Local Bankruptcy Rule 4001-2(a).
CSD 1160

# EXHIBIT "A"

**LEGAL DESCRIPTION**

**EXHIBIT "A"**

THE LAND REFERRED TO HEREIN BELOW IS SITUATED IN THE COUNTY OF SAN DIEGO, STATE OF CALIFORNIA, AND IS DESCRIBED AS FOLLOWS:

LOT 335 OF CARLSBAD TRACT 74-25, UNIT NO. 2, IN THE CITY OF CARLSBAD, COUNTY OF SAN DIEGO, STATE OF CALIFORNIA, ACCORDING TO MAP THEREOF NO. 10121, FILED IN THE OFFICE OF THE COUNTY RECORDER OF SAN DIEGO COUNTY, JUNE 17, 1981.

# EXHIBIT "B"

|  |  |  | PAYMENT CHANGES | | | |
|---|---|---|---|---|---|---|
|  |  | DATE | P&I | Taxes | Insurance | MI | Total |
|  |  | 07/01/15 | 1,847.28 | 14.43 |  |  | 1,861.71 |
|  |  | 10/01/15 | 1,847.28 | 143.31 |  |  | 1,990.59 |
|  |  | 02/01/16 | 1,847.28 | 85.77 |  |  | 1,933.05 |
|  |  | 10/01/16 | 1,985.82 | 145.77 |  |  | 2,131.59 |
|  |  | 04/01/17 | 1,985.82 | 146.44 |  |  | 2,132.26 |
|  |  |  |  | 0.00 |  |  |  |

| Loan# |  |
|---|---|
| Borrower: | Lopez |
| Date Filed: | 1/8/2016 |
| First Post Petition Due Date: | 2/1/2016 |
| POC covers: | 7/1/15 - 1/1/16 |

| Date | Amount Recvd | Post Petition Due Date | Contractual Due Date | Amount Due | Over/Shortage | Suspense Credit | Suspense Debit | Susp Balance | POC Arrears Credit | POC Debit | POC Suspense Balance | POC Paid to Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Missing history from 1/08/16 to 12/02/16 |  |  |  |  | $0.00 |  |  | $0.00 |  |  |  | $0.00 |
| 7/14/2016 |  | Received by wells |  |  | $0.00 |  |  | $0.00 | $420.39 |  | $420.39 | $420.39 |
| 8/17/2016 |  | Received by wells |  |  | $0.00 |  |  | $0.00 | $425.00 |  | $845.39 | $845.39 |
| 10/20/2016 |  | Received by wells |  |  | $0.00 |  |  | $0.00 | $425.00 |  | $1,270.39 | $1,270.39 |
| 12/2/2016 |  | Loan acquired by Fay |  |  | $0.00 |  |  | $1,250.96 |  |  | $1,270.39 | $1,270.39 |
| 12/2/2016 |  | Post due for 9/1/2016 | 2/1/16 |  | $0.00 |  |  | $1,250.96 |  |  | $1,270.39 | $1,270.39 |
| 1/25/2017 |  | Trustee payment |  |  | $0.00 |  |  | $1,250.96 | $421.54 |  | $1,691.93 | $1,691.93 |
| 3/13/2017 | $1,933.05 | 9/1/16 | 2/1/16 | $1,933.05 | $0.00 |  |  | $1,250.96 |  |  | $1,691.93 | $1,691.93 |
| 4/4/2017 |  | Trustee payment |  |  | $0.00 |  |  | $1,250.96 | $425.00 |  | $2,116.93 | $2,116.93 |
| 4/18/2017 | $1,933.05 | 10/1/16 | 3/1/16 | $2,131.59 | -$198.54 |  | $198.54 | $1,052.42 |  |  | $2,116.93 | $2,116.93 |
| 5/2/2017 |  | Trustee payment |  |  | $0.00 |  |  | $1,052.42 | $425.00 |  | $2,541.93 | $2,541.93 |
| 5/18/2017 | $1,933.00 | 11/1/16 | 4/1/16 | $2,131.59 | -$198.59 |  |  | $1,052.42 |  |  | $2,541.93 | $2,541.93 |
| 5/20/2017 |  | PRE payment applied | 5/1/16 |  |  |  |  | $1,052.42 |  | $1,718.40 | $823.53 | $2,541.93 |
| 6/12/2017 | $1,933.05 | 12/1/16 | 6/1/16 | $2,131.59 | -$198.54 |  | $198.54 | $853.88 |  |  | $823.53 | $2,541.93 |
| 6/29/2017 |  | Trustee payment |  |  | $0.00 |  |  | $853.88 | $425.00 |  | $1,248.53 | $2,966.93 |
| 7/24/2017 |  | Trustee payment |  |  | $0.00 |  |  | $853.88 | $425.00 |  | $1,673.53 | $3,391.93 |
| 8/15/2017 | $1,933.05 |  |  |  | $1,933.05 | $1,933.05 |  | $2,786.93 |  |  | $1,673.53 | $3,391.93 |
| 8/31/2017 |  | 1/1/17 | 7/1/16 | $2,131.59 | -$2,131.59 |  | $2,131.59 | $655.34 |  |  | $1,673.53 | $3,391.93 |
| 9/26/2017 |  | Trustee payment |  |  | $0.00 |  |  | $655.34 | $425.00 |  | $2,098.53 | $3,816.93 |
| 10/23/2017 | $1,933.00 | 2/1/17 | 8/1/16 | $2,131.59 | -$198.59 |  | $198.59 | $456.75 |  |  | $2,098.53 | $3,816.93 |
| 10/26/2017 |  | Trustee payment |  |  | $0.00 |  |  | $456.75 | $342.56 |  | $2,441.09 | $4,159.49 |
| 11/28/2017 |  | Trustee payment |  |  | $0.00 |  |  | $456.75 | $384.89 |  | $2,825.98 | $4,544.38 |
| 12/20/2017 |  | Trustee payment |  |  | $0.00 |  |  | $456.75 | $425.00 |  | $3,250.98 | $4,969.38 |
| 1/3/2018 | $1,933.00 | 3/1/17 | 9/1/16 | $2,131.59 | -$198.59 |  | $198.59 | $258.16 |  |  | $3,250.98 | $4,969.38 |
| 2/9/2018 |  | Trustee payment |  |  | $0.00 |  |  | $258.16 | $425.00 |  | $3,675.98 | $5,394.38 |
| 3/1/2018 |  | Trustee payment |  |  | $0.00 |  |  | $258.16 | $384.88 |  | $4,060.86 | $5,779.26 |
| 3/2/2018 |  | PRE payment applied | 10/1/16 |  | $0.00 |  |  | $258.16 |  | $2,131.59 | $1,929.27 | $5,779.26 |
| 3/21/2018 | $1,933.00 | 4/1/17 | 11/1/16 | $2,132.26 | -$199.26 |  | $199.26 | $58.90 |  |  | $1,929.27 | $5,779.26 |
| 3/27/2018 |  | Trustee payment |  |  | $0.00 |  |  | $58.90 | $425.00 |  | $2,354.27 | $6,204.26 |
| 4/26/2018 |  | Trustee payment |  |  | $0.00 |  |  | $58.90 | $425.00 |  | $2,779.27 | $6,629.26 |
| .5/22/18 |  | Trustee payment |  |  | $0.00 |  |  | $58.90 | $384.88 |  | $3,164.15 | $7,014.14 |
| 6/19/2018 |  | Trustee payment |  |  | $0.00 |  |  | $58.90 | $425.00 |  | $3,589.15 | $7,439.14 |
| 7/5/2018 | $1,993.00 |  |  |  | $1,993.00 | $1,993.00 |  | $2,051.90 |  |  | $3,589.15 | $7,439.14 |
| 7/17/2018 |  | Trustee payment |  |  | $0.00 |  |  | $2,051.90 | $425.00 |  | $4,014.15 | $7,864.14 |
| 7/17/2018 |  | PRE payment applied | 12/1/16 |  | $0.00 |  |  | $2,051.90 |  | $2,131.59 | $1,882.56 | $7,864.14 |
| 8/7/2018 | $1,993.00 | 5/1/17 | 1/1/17 | $2,131.59 | -$138.59 |  |  | $2,051.90 |  |  | $1,882.56 | $7,864.14 |
| 8/7/2018 |  | 6/1/17 | 2/1/17 |  | $0.00 |  | $2,131.59 | -$79.69 |  |  | $1,882.56 | $7,864.14 |
| Due |  | 7/1/17 |  |  | $0.00 |  |  | -$79.69 |  |  | $1,882.56 | $7,864.14 |
| Due |  | 8/1/17 |  |  | $0.00 |  |  | -$79.69 |  |  | $1,882.56 | $7,864.14 |
| Due |  | 9/1/17 |  |  | $0.00 |  |  | -$79.69 |  |  | $1,882.56 | $7,864.14 |
| Due |  | 10/1/17 |  |  | $0.00 |  |  | -$79.69 |  |  | $1,882.56 | $7,864.14 |
| Due |  | 11/1/17 |  |  | $0.00 |  |  | -$79.69 |  |  | $1,882.56 | $7,864.14 |
| Due |  | 12/1/17 |  |  | $0.00 |  |  | -$79.69 |  |  | $1,882.56 | $7,864.14 |
| Due |  | 1/1/18 |  |  | $0.00 |  |  | -$79.69 |  |  | $1,882.56 | $7,864.14 |
| Due |  | 2/1/18 |  |  | $0.00 |  |  | -$79.69 |  |  | $1,882.56 | $7,864.14 |
| Due |  | 3/1/18 |  |  | $0.00 |  |  | -$79.69 |  |  | $1,882.56 | $7,864.14 |
| Due |  | 4/1/18 |  |  | $0.00 |  |  | -$79.69 |  |  | $1,882.56 | $7,864.14 |
| Due |  | 5/1/18 |  |  | $0.00 |  |  | -$79.69 |  |  | $1,882.56 | $7,864.14 |
| Due |  | 6/1/18 |  |  | $0.00 |  |  | -$79.69 |  |  | $1,882.56 | $7,864.14 |
| Due |  | 7/1/18 |  |  | $0.00 |  |  | -$79.69 |  |  | $1,882.56 | $7,864.14 |
| Due |  | 8/1/18 |  |  | $0.00 |  |  | -$79.69 |  |  | $1,882.56 | $7,864.14 |