**CSD 1161** [d 1]

Name, Address, Telephone No. & I.D. No.

Law Offices of John C. Colwell, a P.L.C. CASBN 118532
Daniel J. Wiedecker, CASBN 244210 Attorneys for Debtor(s)
www.sandiegodebtclinic.com  DRLC@debtclinic.com
121 Broadway, Ste. 533, San Diego, CA 92101
877-NO-DEBTS (877-663-3287)   Fax 619-338-9215

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re
Michael A. Lopez
Debtor.

BANKRUPTCY NO. 16-00065-LA13

US Bank Trust N.A., as Trustee of the Igloo Series III Trust, its successors and/or assignees
Moving Party

RS NO. MRG-1

Michael A. Lopez
Respondent(s)

Hearing Date: 9/19/2018
Hearing Time: 2:00p       Dept. 2

**OPPOSITION TO MOTION FOR RELIEF FROM AUTOMATIC STAY**
☑ REAL PROPERTY     ☐ PERSONAL PROPERTY

Respondent in the above-captioned matter moves this Court for an Order denying relief from the automatic stay on the grounds set forth below.

1. A Petition under Chapter ☐ 7  ☐ 11  ☐ 12  ☑ 13 was filed on ___01/08/2016___.

2. Procedural Status:
   a. ☑ Name of Trustee Appointed *(if any)*: Thomas H. Billingslea, Jr.
   b. ☑ Name of Attorney of Record for Trustee *(if any)*: Kathleen Cashman-Kramer
   c. ☐ *Prior Filing Information:
      Debtor has previously filed a Bankruptcy Petition on:_____.
      If applicable, the prior case was dismissed on: _____.
   d. ☑ *(If Chapter 13 case)*: Chapter 13 Plan was confirmed on ___06/01/2016___ or a confirmation hearing is set for _____.

3. *Number of unsecured creditors __3__. Amount of unsecured debt $__4,026.23__.

4. *Last operating report filed:___N/A___

5. *Disclosure statement: Filed? (yes/no)___N/A___. Approved? (yes/no) ___N/A___.
   If yes, date of plan confirmation hearing:_____

*Only required if respondent is the debtor.

CSD 1161

Respondent alleges the following in opposition to the Motion:

1. ☑ The following real property is the subject of this Motion:
   a. Street address of the property including county and state:

   3018 Via De Paz, Carlsbad, CA 92010

   b. Type of real property (e.g., single family residence, apartment building, commercial, industrial, condominium, unimproved):

   Single Family Residence

   c. Legal description of property is attached as Exhibit A.

   d. **Fair market value of property: $ 460,109.00            .

   e. **Nature of Respondent's interest in the property:   Fee Simple or Joint Tenancy

2. ☐ The following personal property is the subject of this Motion (describe property):

   a. **Fair market value of property: $_____.

   b. **Nature of Respondent's interest in the property:

3. Status of Movant's loan:
   a. Balance owing on date of Order for Relief:         $ 261,472.34
   b. Amount of monthly payment:                          $ 2,131.59
   c. Date of last payment:                                 8/2018
   d. If real property,
      (1) Date of default:
      (2) Notice of Default recorded on:
      (3) Notice of Sale published on:
      (4) Foreclosure sale currently scheduled for:
   e. If personal property,
      (1) Pre-petition default:   $_____   No. of months:_____
      (2) Post-petition default:  $_____   No. of months:_____

4. (If Chapter 13 Case, state the following:)
   a. Date of post-petition default:     disputed
   b. Amount of post-petition default:   $_____

5. Encumbrances:
   a. Voluntary encumbrances on the property:

| | Lender Name | Principal Balance | Pre-Petition Arrearages Total Amount - # of Months | | Post-Petition Arrearages Total Amount - # of Months | |
|---|---|---|---|---|---|---|
| 1st: | Movant | 261,472.34 | 13,566.57 | | disputed | |
| 2nd: | | | | | | |
| 3rd: | | | | | | |
| 4th: | | | | | | |
| Totals for all Liens: | | $ 261,472.34 | $ 13,566.57 | | $ | |

**Separately filed Declaration required by Local Bankruptcy Rule 4001-4.

CSD 1161

    b.    Involuntary encumbrances of record (e.g., tax, mechanic's, judgment and other liens, lis pendens):
        ☐ See attached page, if necessary.

6. Relief from the automatic stay should not be granted because:
    a.    ☑    Movant's interest in the property described above is adequately protected.

    b.    ☑    Debtor has equity in the property described above and such property is necessary to an effective reorganization.

    c.    ☑    The property is not "single asset real estate", as defined in 11 U.S.C. § 101(51B).

    d.    ☐    The property is "single asset real estate", as defined in 11 U.S.C. § 101(51B), and less than 90 days (or _____ days ordered by this court) have passed since entry of the order for relief in this case, or

        (1)    the Debtor/Trustee has filed a plan of reorganization that has a reasonable possibility of being confirmed within a reasonable time; or

        (2)    the Debtor/Trustee has commenced monthly payments to each creditor whose claim is secured by the property (other than a claim secured by a judgment lien or by an unmatured statutory lien) which payments are equal to interest at a current fair market rate on the value of each creditors' interest in the property.

    e.    ☑    Other *(specifiy)*: ☐ See attached page.
        Waiver of BR 4001 should not be waived.

When required, Respondent has filed a separate Declaration pursuant to Local Bankruptcy Rules 4001-4.

Respondent attaches the following:

1.    ☐    Other relevant evidence:

2.    ☐    *(Optional)* Memorandum of points and authorities upon which the responding party will rely.

WHEREFORE, Respondent prays that this Court issue an Order denying relief from the automatic stay.

Dated:   9/11/2018

/s/ John C. Colwell, Attorney for Debtor(s)
[Attorney for] Respondent